THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEVIN D. STEELE and STEPHANIE A. STEELE, as husband and wife,<br><br>    Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK N.A.; QUALITY LOAN SERVICE CORP OF WASHINGTON; HSBC BANK,<br><br>    Defendants. | Case No. 2:18-cv-00230-JLR<br><br>STIPULATION REGARDING DEADLINE FOR WELLS FARGO BANK, N.A., AND HSBC BANK USA, N.A. AS TRUSTEE TO RESPOND TO PLAINTIFFS' COMPLAINT, AND [PROPOSED] ORDER<br><br>NOTE ON MOTION CALENDAR:<br>February 26, 2018 |

Plaintiffs Kevin Steele and Stephanie Steele ("Steele") and Defendants Wells Fargo Bank, N.A. and HSBC Bank USA, N.A., as trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2007-71 (collectively "Wells Fargo") stipulate that Wells Fargo may have until March 29, 2018, an extension of 30 days, to answer or otherwise respond to Plaintiffs' complaint. Wells Fargo removed the case to this Court on February 13, 2018, and its answer was originally due in King County Superior Court on or about February 27, 2018. The Court has not yet issued a scheduling order, so no other case deadlines will be affected.

STIPULATION AND [PROPOSED] ORDER- 1

1  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

2  DATED February 26, 2018.

3

4  Dearbonn Law Offices PLLC			K&L Gates LLP

5  By: /s/ Ajibola O. Oladapo			By: /s/Philip M. Guess
						    /s/ Peter A. Talevich
6

7  Ajibola O. Oladapo, WSBA # 41461		Philip M. Guess, WSBA # 26765
						Peter A. Talevich, WSBA # 42644

8  1001 Fourth Avenue, Suite 3200		925 Fourth Avenue, Suite 2900
   Seattle, WA 98104				Seattle, WA 98104
9  Phone: (619) 246-1069			Phone: (206) 623-7580
   E-mail : ajibolaoladapo@gmail.com		E-mail: philip.guess@klgates.com
10						        peter.talevich@klgates.com

11 Attorneys for Plaintiffs Kevin Steele and	Attorneys for Defendants Wells Fargo
   Stephanie Steele				Bank N.A. and HSBC Bank USA, N.A.
12

13 PURSUANT TO STIPULATION, IT IS SO ORDERED.

14  DATED this 26th day of February, 2018.

15

16  _____
    Honorable James L. Robart
17  United States District Judge

18

19

20

21

22

23

24

25

26

STIPULATION AND [PROPOSED] ORDER- 2

## CERTIFICATE OF SERVICE

I certify that on February 26, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be serve in accordance with the Federal Rules of Civil Procedure.

      s/ Peter A. Talevich
Peter A. Talevich, WSBA #42644
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Phone: (206) 623-7580
Fax: (206) 623-7022
E-mail: peter.talevich@klgates.com

STIPULATION AND [PROPOSED] ORDER- 3