THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEVIN D. STEELE and STEPHANIE A. STEELE, as husband and wife,<br><br>                      Plaintiffs,<br><br>    v.<br><br>WELLS FARGO BANK N.A.; QUALITY LOAN SERVICE CORP OF WASHINGTON; HSBC BANK,<br><br>                    Defendants. | Case No. 2:18-cv-00230-JLR<br><br>STIPULATION REGARDING DEADLINE FOR WELLS FARGO BANK, N.A., AND HSBC BANK USA, N.A. AS TRUSTEE TO RESPOND TO PLAINTIFFS' COMPLAINT, AND [PROPOSED] ORDER<br><br>NOTE ON MOTION CALENDAR:<br>March 27, 2018 |



Plaintiffs Kevin Steele and Stephanie Steele ("Steele") and Defendants Wells Fargo Bank, N.A. and HSBC Bank USA, N.A., as trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2007-71 (collectively "Wells Fargo") stipulate that Wells Fargo may have until April 5, 2018, an extension of seven days, to answer or otherwise respond to Plaintiffs' complaint. Wells Fargo removed the case to this Court on February 13, 2018, and its answer was originally due in King County Superior Court on or about February 27, 2018. The Court granted a motion for an extension of thirty days from February 27, 2018, to March 29, 2018. Wells Fargo respectfully requests that the Court enter a further and final extension of one additional week from the upcoming March 29

STIPULATION AND [PROPOSED] ORDER- 1

K&L GATES LLP
925 FOURTH AVENUE SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1    deadline.  The Court has not yet issued a scheduling order, so no other case deadlines will be

2    affected.

3

4        IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

5        DATED March 27, 2018.

6

7    Dearbonn Law Offices PLLC                    K&L Gates LLP

8

9    By: /s/ Ajibola O. Oladapo                   By: /s/Philip M. Guess
                                                      /s/ Peter A. Talevich

10   Ajibola O. Oladapo, WSBA # 41461            Philip M. Guess, WSBA # 26765
                                                  Peter A. Talevich, WSBA # 42644

11

12   1001 Fourth Avenue, Suite 3200              925 Fourth Avenue, Suite 2900
     Seattle, WA  98104                          Seattle, WA  98104
     Phone:  (619) 246-1069                      Phone:  (206) 623-7580
13   E-mail : ajibolaoladapo@gmail.com           E-mail:  philip.guess@klgates.com
                                                           peter.talevich@klgates.com
14

15   Attorneys for Plaintiffs Kevin Steele and   Attorneys for Defendants Wells Fargo
     Stephanie Steele                            Bank N.A. and HSBC Bank USA, N.A.

16

17   PURSUANT TO STIPULATION, IT IS SO ORDERED.

18        DATED this 28th day of March, 2018.

19

20                                               Honorable James L. Robart
                                                 United States District Judge
21

22

23

24

25

26

K&L GATES LLP
925 FOURTH AVENUE SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1

## **CERTIFICATE OF SERVICE**

2

3

I certify that on March 27, 2018, I electronically filed the foregoing document with the

4

Clerk of the Court using the CM/ECF system, which will send notification of such filing to

5

those attorneys of record registered on the CM/ECF system.  All other parties (if any) shall be

6

serve in accordance with the Federal Rules of Civil Procedure.

7

8
         s/ Peter A. Talevich
        Peter A. Talevich, WSBA #42644

9
        K&L Gates LLP
        925 Fourth Avenue, Suite 2900

10
        Seattle, WA  98104
        Phone:  (206) 623-7580

11
        Fax:  (206) 623-7022
        E-mail:  peter.talevich@klgates.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND [PROPOSED] ORDER- 3