1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10    KEVIN D. STEELE, et al.,                           CASE NO. C18-0230JLR

11                             Plaintiffs,               ORDER DISMISSING CASE
                                                         WITH PREJUDICE
12              v.

13    WELLS FARGO BANK NA, et al.,

14                             Defendants.

15          On June 26, 2018, the court entered an order dismissing Plaintiffs Kevin D. Steele

16    and Stephanie A. Steele's (collectively, "the Steeles") complaint in its entirety against all

17    Defendants. (Order (Dkt. # 25) at 12.) The court, however, granted the Steeles 14 days

18    to file an amended complaint that cured the deficiencies described in the court's order.

19    (*Id.*) The court warned the Steeles that, if they failed to timely file an amended

20    complaint, the court would dismiss their complaint with prejudice and without leave to

21    amend. (*Id.*) More than 14 days have passed, and the Steeles have not filed an amended

22    //

1 complaint.  (*See generally* Dkt.)  Accordingly, the court DISMISSES the Steeles'

2 complaint with prejudice and without leave to amend.

3         Dated this 13th day of July, 2018.

4

5 _____

6 JAMES L. ROBART
  United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22